DELIA FILBERT, as Administratrix of the Estate of WILLIAM FILBERT, Deceased, Appellant, *v.* THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Respondent.

*Filbert* v. *N. Y., N. H. & H. R. R. Co.*, 95 App. Div. 199, affirmed.
(Argued January 23, 1906; decided February 6, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 11, 1905, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*Robert H. Barnett* for appellant.

*Walter C. Anthony* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ.

---

THE GRAND TRUNK RAILWAY COMPANY OF CANADA, Appellant, *v.* STATE OF NEW YORK, Respondent.

*Matter of Grand Trunk Ry. Co. of Canada* v. *State of New York*, 97 App. Div. 634, affirmed.
(Argued January 23, 1906; decided Febuary 6, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 15, 1904, affirming a judgment in favor of plaintiff entered upon an award of the Court of Claims.

*William L. Marcy* for appellant.

*Julius M. Mayer*, Attorney-General (*Horace McGuire* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER and HISCOCK, JJ. Not sitting: CHASE, J.